IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| GARY GUZY | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| v. | : | |
| DELTA AIR LINES, INC. | : | |
| Defendant. | : | |

## CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL

The undersigned counsel for Defendant DELTA AIR LINES, INC. hereby certifies that the attached Notice of Filing of Notice of Removal to the Judges of the Merrimack County Superior Court for the State of New Hampshire and to All Parties to the Action Herein, together with a copy of the Notice of Removal, was filed on February 4, 2026 in the office of the Clerk of the Merrimack County Superior Court, 5 Court Street, Concord, New Hampshire, and that a true and correct copy was e-mailed and mail to the pro se Plaintiff on the Certificate of Service.

Respectfully submitted,

Defendant
DELTA AIR LINES, INC.

/s/ *Debra L. Mayotte*
Debra L. Mayotte (NH Bar #8207)
dmayotte@primmer.com
Primmer Piper Eggleston & Cramer PC
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH 03105-3600
Telephone: 603-626-3329

and

Steven E. Arnold (pro hac vice motion to be filed)
sea@salaw.us
SA Law, P.C.
8 Whittier Place
Boston, MA 02114
Telephone: 617-670-0868
Facsimile: 860-904-2056

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2026, the foregoing was filed electronically and served by e-mail and mail to the pro se Plaintiff listed below:

Gary Guzy
gguzy@gmail.com
450 Patch Road
Contoocook, NH 03229

/s/*Debra L Mayotte*
Debra L. Mayotte

# Exhibit A

THE STATE OF NEW HAMPSHIRE

MERRIMACK, SS                                                                                       SUPERIOR COURT
                                                                                                              JURY TRIAL

Case No. 217-2025-CV-00904

Gary Guzy

v.

Delta Air Lines, Inc.

### NOTICE OF FILING OF NOTICE OF REMOVAL TO THE JUDGES OF THE MERRIMACK COUNTY SUPERIOR COURT FOR THE STATE OF NEW HAMPSHIRE AND TO ALL PARTIES TO THE ACTION HEREIN

TO THE CLERK OF THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441(a), on February 4, 2026, Defendant DELTA AIR LINES, INC. filed a Notice of Removal of this civil action in the United States District Court for the District of New Hampshire.

Defendant removed the above-captioned action from the Merrimack County Superior Court at Concord, New Hampshire to the United States District Court for the District of New Hampshire. A true and correct copy of the Notice of Removal (without exhibits) is attached hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal, together with a filing of the copy of the same with this Court, effects removal of this action to the New Hampshire Federal District Court, and this Court may proceed no further unless and until the case may be remanded.

Respectfully submitted,
Delta Air Lines, Inc.
By their counsel,

PRIMMER PIPER EGGLESTON
& CRAMER PC

Dated: February 4, 2026

By: /s/*Debra Mayotte*
Debra Mayotte, NH Bar #8207
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH 03105
603-626-3329
dmayotte@primmer.com

## CERTIFICATE OF SERVICE

I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand delivering copies to all other interested parties.

/s/*Debra L. Mayotte*
Debra L. Mayotte